United States Court of Appeals
For the Eighth Circuit
_____

No. 24-2722
_____

Preston Byron Knapp; Michelle Nichole Knapp

*Plaintiffs - Appellants*

v.

Compass Minnesota, LLC; Daniel Philip Hollerman

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: January 21, 2025
Filed: January 24, 2025
[Unpublished]
_____

Before BENTON, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

    Preston and Michelle Knapp appeal following the district court's[1] dismissal of their pro se action and the entry of a separate judgment granting the defendants' joint motion for sanctions. Having jurisdiction under 28 U.S.C. § 1291, this court

---

[1] The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

Appellate Case: 24-2722    Page: 1    Date Filed: 01/24/2025 Entry ID: 5477956

affirms the judgment for sanctions and dismisses the balance of the appeal for lack of jurisdiction.

After careful review, this court finds no abuse of discretion in the judgment for sanctions. *See Coonts v. Potts*, 316 F.3d 745, 753 (8th Cir. 2003) (standard of review). As the notice of appeal was filed more than 30 days after the judgment granting the defendants' motion to dismiss, this court does not have jurisdiction to review the dismissal order. *See Dieser v. Cont'l Cas. Co.*, 440 F.3d 920, 923 (8th Cir. 2006) (timely notice of appeal is mandatory and jurisdictional).

The judgment for sanctions is affirmed and the balance of the appeal is dismissed. *See* 8th Cir. R. 47B.

_____