# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 24, 2025

Michelle Nichole Knapp
Rural Route 2624 N. Saunders Lake Drive
Minnetrista, MN  55364

Preston Byron Knapp
Rural Route 2624 N. Saunders Lake Drive
Minnetrista, MN  55364

      RE:  24-2722  Preston Knapp, et al v. Compass Minnesota, LLC, et al

Dear Michelle Nichole Knapp and Preston Byron Knapp:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

      Maureen W. Gornik
      Acting Clerk of Court

CRJ

Enclosure(s)

cc:     Carl Eric Christensen
       Clerk, U.S. District Court, District of Minnesota
      Michael Kernstock
      Robert J. Kouba
      Paul William Magyar
      Tessa A. Mansfield
      Honorable Susan Richard Nelson
      Ryan Supple

District Court/Agency Case Number(s): 0:24-cv-00100-SRN