# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-2722

_____

Preston Byron Knapp; Michelle Nichole Knapp

Plaintiffs - Appellants

v.

Compass Minnesota, LLC; Daniel Philip Hollerman

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-00100-SRN)

_____

## JUDGMENT

Before BENTON, GRASZ, and KOBES, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the
district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment for sanctions is
affirmed, and the balance of the appeal is dismissed for lack of jurisdiction in accordance with
the opinion of this Court.

January 24, 2025



Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Maureen W. Gornik