# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2722

Preston Byron Knapp and Michelle Nichole Knapp

Appellants

v.

Compass Minnesota, LLC and Daniel Philip Hollerman

Appellees

___

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-00100-SRN)
___

**ORDER**

The motion for attorney fees and for bill of costs is granted in part. Appellee Daniel Philip Hollerman is awarded $13,049.00 in attorney fees and taxable costs in the amount of $73.72. The motion is denied to the extent it seeks double taxable costs.

February 19, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Maureen W. Gornik