# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2722

Preston Byron Knapp and Michelle Nichole Knapp

Appellants

v.

Compass Minnesota, LLC and Daniel Philip Hollerman

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-00100-SRN)

---

## MANDATE

In accordance with the opinion and judgment of January 24, 2025, and the court's order dated February 19, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 26, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit